# UNITED STATES DISTRICT COURT
## District of Minnesota

Maximiliano Dominguez Tellez,

                Petitioner(s),

v.

Kristi Noem, Todd M. Lyons, Pamela Bondi, David Easterwood,

                Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00610-PJS-JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.
2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
3. Respondents are ORDERED to immediately return petitioner to Minnesota and release him from custody.
4. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 1/29/2026

KATE M. FOGARTY, CLERK